UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARY VINCENT,                                    Case No. 1:25-cv-09702

        Plaintiff,                          **NOTICE OF APPEARANCE**

   -against-

LASALLE INVESTMENT MANAGEMENT, INC.,
And DANIEL WITTE,

        Defendants.
-------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that Daniel J. Kaiser, Esq. of the firm Kaiser Saurborn &

Mair, P.C. hereby appears as counsel for plaintiff Mary Vincent in the above-captioned action.

Dated: New York, New York
      June 30, 2026

                        Kaiser Saurborn & Mair, P.C.
                        Attorneys for Plaintiff

           By:   /s/ Daniel J. Kaiser
                Daniel J. Kaiser

                        88 Pine Street, Suite 1420
                        New York, New York 10005
                        (212) 338-9100
                        kaiser@ksmlaw.com