AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK

MARY VINCENT

Plaintiff (s),

V.

LASALLE INVESTMENT MANAGEMENT, INC.,et

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: ___1-25-cv-09702___

Notice is hereby given that, subject to approval by the court, __MARY VINCENT__ substitutes
                                                                        (Party (s) Name)

__DNAIEL J. KAISER of KAISER SAURBORN & MAIR, P.C.__ , State Bar No. __DK9387__ as counsel of record in
                 (Name of New Attorney)

place of __ANNE L. CLARK of VLADECK, RASKIN & CLARK, P.C.__ .
              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __KAISER SAURBORN & MAIR, P.C.__

Address: __88 PINE STREET, SUITE 1420, NEW YORK, NEW YORK 10005__

Telephone: __(212) 338-9100__          Facsimile __(212) 338-9088__

E-Mail (Optional): __KAISER@KSMLAW.COM__

I consent to the above substitution.

Date: __6/30/2026__

_____
(Signature of Party (s))

I consent to being substituted.

Date: __6/30/2026__

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __6/30/2026__

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
                                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]