AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN _____ **District of** _____ NEW YORK

| | |
|---|---|
| MARY VINCENT | |
| Plaintiff(s), | CONSENT ORDER GRANTING |
| V. | SUBSTITUTION OF ATTORNEY |
| LASALLE INVESTMENT MANAGEMENT, INC.,et | |
| Defendant(s), | CASE NUMBER: 1-25-cv-09702 |

Notice is hereby given that, subject to approval by the court, __MARY VINCENT__ substitutes
(Party(s) Name)

__DNAIEL J. KAISER of KAISER SAURBORN & MAIR, P.C.__, State Bar No. __DK9387__ as counsel of record in
(Name of New Attorney)

place of __ANNE L. CLARK of VLADECK, RASKIN & CLARK, P.C.__ .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | KAISER SAURBORN & MAIR, P.C. |
| Address: | 88 PINE STREET, SUITE 1420, NEW YORK, NEW YORK 10005 |
| Telephone: | (212) 338-9100    Facsimile (212) 338-9088 |
| E-Mail (Optional): | KAISER@KSMLAW.COM |

I consent to the above substitution.

Date: _____ 6/30/2026 _____                _____ Betsy Vincent _____
                                                              (Signature of Party(s))

I consent to being substituted.

Date: _____ 6/30/2026 _____                _____
                                                              (Signature of Former Attorney(s))

I consent to the above substitution.

Date: _____ 6/30/2026 _____                _____ Daniel J Kaiser _____
                                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __July 1, 2026__                             _____
                                                        J. PAUL OETKEN
                                                        United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Attorney Anne L. Clark is hereby terminated
in this action, and the Clerk of Court is
requested to terminate Ms. Clark on the
docket. So ordered.